IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MANUEL GARCIA-OLIVAS, <br><br> Defendant. | 8:24–CR–164 <br><br> **ORDER** |

Before the Court is the Government's unopposed Motion to Extend Time to respond to the defendant's Motion to Dismiss. Filing 29. In support of his Motion, Counsel for the Government cites a busy calendar and the need to fully brief the issues raised by the Motion to Dismiss. Filing 29. The Court agrees that this constitutes good cause for an extension. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Extend, Filing 29, is granted; and

2. The Government shall respond to the defendant's motion no later than January 15, 2025.

Dated this 19th day of December, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1